FILED

APR 0 8 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
        v.                    )    No. **4:26-cr-00164 SEP/PLC**
                              )
SCOTT TAYLOR,                 )
                              )
        Defendant.            )

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (18 U.S.C. § 1001(a)(3) and 2: Making a False Statement)

On or about January 28, 2026, in the Eastern District of Missouri, the defendant,

### SCOTT TAYLOR,

did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the Social Security Administration, an agency of the executive branch of the United States, by submitting false application answers indicating he had not worked since 1993, when in fact, Defendant Taylor has been self-employed since 2014.

In violation of Title 18, United States Code, Sections 1001(a)(3) and 2.

### FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.    Pursuant to Title 18, United States Code, Sections 981(a) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code,

Section 1001, as set forth in Count 1, the defendant shall forfeit to the United States of America any property, real or personal, constituting or derived from any proceeds traceable to said offense. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to said offense.

2.    If any of the property described above, as a result of any act or omission of the defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
JOLENE TAAFFE #56946MO
Special Assistant United States Attorney

2